**DECLARATION OF ERICA CHOI**

1.    I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2.    Ms. Brown is charged in two criminal cases pending in this district:

    a.    In *United States v. Ashleigh Brown*, 2:25-CR-701-FMO, she is charged with committing simple assault on a federal officer on August 2, 2025. A jury trial is scheduled for October 21, 2025.

    b.    In *United States v. Cynthia Raygoza*, et al., 2:25-CR-780-SVW-2, she is charged with conspiring to publicly disclose the personal information of a federal agent, and publicly disclosing the personal information of a federal agent, on August 28, 2025. A jury trial is scheduled for November 18, 2025.

2.    According to its trial memorandum, the government will present its case-in-chief in *United States v. Ashleigh Brown*, 2:25-CR-701-FMO, through eight witnesses:

- (1) FPS Inspector Eric Murberg
- (2) FPS Inspector Z.C.
- (3) FPS Inspector William Terpstra
- (4) HSI Special Agent Robert M. Kurtz III*
- (5) ICE Agent R.H.*
- (6) Baldwin Park Police Officer Janae Moreno*
- (7) Baldwin Park Police Officer Steven Arroyo*
- (8) HSI Computer Forensics Analyst Sean McPherson*[1]

*Witnesses denoted with an asterisk would <u>also</u> be called to testify at trial in the case of *United States v. Cynthia Raygoza, et al.*, 2:25-CR-780-SVW-2. *See* Complaint, ECF No. 1. The testimony of those five witnesses would cover the same set of facts

---

[1] Witnesses denoted with an asterisk are subject to a pending government motion in limine to admit evidence pursuant to FRE 404(b). *See* Exhibit A, Govt. MIL #2.

1

that occurred on August 28, 2025.

      3.     Given that Ms. Brown is charged in two cases that would involve substantial duplication of labor in pretrial, trial, or sentencing proceedings if heard by different judges, I have filed a Notice of Related Cases pursuant to General Order 14-03.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

      Executed on October 7, 2025, at Los Angeles, California.

*/s/ Erica Choi*

ERICA CHOI

2