# United States Probation & Pretrial Services



United States District Court
Central District of California



**FILED**
CLERK, U.S. DISTRICT COURT

**11/12/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

**Brian D. Karth**
District Court Executive / Clerk of Court

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer

Date: November 12, 2025
Re: Release Order Authorization Docket
Number: 2:25-CR-00780-SVW-2
Defendant: Ashleigh Brown

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

*Armando Castellon*

Armando Castellon
U.S. Probation & Pretrial Services Officer
Telephone No. 213-392-1532

Click here to enter text.