# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:25-cr-00780-SVW |
| Date | February 27, 2026 |
| Present: The Honorable | STEPHEN V. WILSON |
| Interpreter | n/a |

| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |
|---|---|---|
| Daniel Tamayo | c/s 2-27-2026 | Lauren E. Border & Clifford Mpare |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Cynthia Raygoza | X | | X | 1) Gregory Nicolaysen CJA | X | X | |
| 2) Ashleigh Brown | X | | X | 2) Erica Choi DFPD | X | X | |
| | | | | 2) Shannon M. Coit DFPD | X | X | |
| 3) Sandra Carmona Samane | X | X | | 3) Robert M. Bernstein CJA | X | X | |

___ Day COURT TRIAL      4th Day JURY TRIAL      ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   ___ Held & continued;   X Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

___ Witnesses called, sworn and testified.

___ Exhibits identified      ___ Exhibits admitted

___ Government rests.      ___ Defendant(s) _____ rest.

X Motion for mistrial by  1 & 3  is ___ granted  X denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made   ___ Court instructs jury   ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused   ___ Jury retires to deliberate   X Jury resumes deliberations

X Finding by Court as follows:

- Dft # 1   X found guilty on counts 2      X found not guilty on counts 1
- Dft # 2   X found guilty on counts 2      X found not guilty on counts 1
- Dft # 3   ___ found guilty on counts      X found not guilty on counts 1 & 2
- Dft # ___ found guilty on counts           found not guilty on counts
- Dft # ___ found guilty on counts           found not guilty on counts

X Jury polled      ___ Polling waived

X Filed Witness & Exhibit lists   X Filed Jury notes   X Filed Jury Instructions   ___ Filed Jury Verdict

X Dft #  1,2  Referred to Probation Office for Investigation & Report and continued to  June 8, 2026, at 11:00 AM  for sentencing.

___ Dft # ___ remanded to custody.   ___ Remand/Release# ___ issd.   X Dft # 3 released from custody.

___ Bond exonerated as to Dft # ___

___ Case continued to _____ for further trial/further jury deliberation.

___ Other: _____

1 : 00

Initials of Deputy Clerk  DTA