UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
F I L E D
CLERK, U.S. DISTRICT COURT
2/27/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.: **2:25-cr-00780-SVW** |
| Plaintiff(s), ) | |
| ) | JURY NOTE #: _1_ |
| vs. ) | |
| 1) Cynthia Raygoza ) | TIME: _9:05_ |
| 2) Ashleigh Brown ) | |
| 3) Sandra Carmona Samane ) | |
| Defendant(s). ) | |

☐ The jury has reached a unanimous verdict.

☐ The jury advises the Court of the following:

☒ The jury requests the following:

ADDITIONAL COPIES OF DEFINITIONS OF COUNTS AND CHARGES. DOCUMENT 103 PAGE 1-6 PAGE ID # 624-629. ADDITIONAL COPIES OF CLOSING JURY INSTRUCTIONS.

Dated: _2-27-26_